# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF VIRGINIA
## Alexandria Division

| | |
|---|---|
| JEOL USA, Inc., | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No.: 09cv1081 |
| Cambridge Systems, Inc., | ) |
| Defendant. | ) |

## ORDER

This matter comes before the Court on a Report and Recommendation of the Magistrate Judge dated November 23, 2009 recommending entry of default judgment against Defendant Cambridge Systems, Inc. (Dkt. no. 12). Defendant has not filed any objection to the Report and Recommendation. The Court conducted a *de novo* review of the evidence in this case and adopts and incorporates the findings and recommendations of the Magistrate Judge.[1]

Accordingly, it is hereby

ORDERED that:

(1) Defendant's Motion for Default Judgment (Dkt. no. 7) is GRANTED;

(2) the Clerk of Court is directed to enter judgment in favor of JEOL USA, Inc. against Cambridge Systems, Inc. in the amount of $191,565.00 ($165,000.00 purchase price and interest in the amount of $26,565.00) with interest to accrue at the rate of 18% per annum from the date of judgment until paid.

Alexandria, Virginia
December 23, 2009.

/s/ 
Liam O'Grady
United States District Judge

---

[1] Following Magistrate Judge Anderson's Report and Recommendation, Plaintiff JEOL USA, Inc. submitted a request to temporarily postpone entry of judgment against Defendant (Dkt. No. 13) due to settlement discussions between the parties. However, the Court then received word from counsel for Plaintiff indicating that the request was withdrawn, and as such the Court proceeds with this Order.